UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. WEN HO LEE, SYLVIA LEE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF JUSTICE, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 99-3380 (TPJ) <br><br> FILED <br><br> MAR 5 – 2001 |

ORDER

In accordance with this Court's order of February 12, 2001, it is, this 5th day of March, 2001

ORDERED, that the plaintiffs' motion for leave to file a second amended complaint is granted; and it is

FURTHER ORDERED, that defendant file its answer in due course.

*[signature]*
Thomas Penfield Jackson
U.S. District Judge

#42
(N)