**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WEN HO LEE, *et al.*,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 99-3380 (RMC)** |
| ) | |
| **DEPARTMENT OF JUSTICE, *et al.*,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>ORDER</u>

For the reasons stated in the Memorandum Opinion separately and contemporaneously issued this 16th day of November, 2005, it is hereby

**ORDERED** that Mr. Pincus is in **CIVIL CONTEMPT** of the June 29, 2004, Order of this Court; and it is

**FURTHER ORDERED** that Mr. Pincus is fined in the sum of $500.00 per day, payable to the United States, until he complies therewith; and it is

**FURTHER ORDERED** that Mr. Pincus is to contact each of his Government sources and inform them of this Court's Order to determine whether in light of such Order, his sources will release him from his pledge of confidentiality; and it is

**FURTHER ORDERED** that within 48 hours, Mr. Pincus must file a sworn statement with the Court stating that, in accordance with this Court's Order, he has contacted his sources and informing the Court whether he is ready to answer questions identifying those sources; and it is

**FURTHER ORDERED** that the aforementioned fines will be stayed for a period of

thirty (30) days, or until completion of proceedings on a timely appeal, whichever is later; and it is

       **FURTHER ORDERED** that Plaintiff's application for a compensatory award of

sanctions will be **DENIED** without prejudice.

       **SO ORDERED**.


Dated: November 16, 2005.         \_\_\_\_/s/_____
                       ROSEMARY M. COLLYER
                       United States District Judge