## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. WEN HO LEE </br></br>      Plaintiff, </br></br>  v. </br></br>UNITED STATES DEPARTMENT OF JUSTICE, et al. </br></br>      Defendants. | Civ. A. No. 99-3380 (RMC) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Dr. Wen Ho Lee and Sylvia Lee hereby dismiss all of the claims in this action with prejudice.

Respectfully submitted,

/s/ Betsy A. Miller

BRIAN A. SUN
(admitted pro hac vice)
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, California 90013
(213) 489-3939

BETSY A. MILLER
(D.C. Bar No. 482868)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3860

Attorneys for the Plaintiff.

ROBERT D. McCALLUM, JR.
Associate Attorney General

KENNETH WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
(D.C. Bar No. 418925)
Assistant Branch Director

/s/ Anthony J. Coppolino

ANTHONY J. COPPOLINO
(D.C. Bar No. 417323)
Senior Trial Counsel
MARCIA N. TIERSKY
(IL Bar No. 6270736)
Trial Attorney
Department Of Justice

Civil Division, Room 6102
20 Massachusetts Ave., NW
Washington, D.C. 20530
Telephone: (Voice): (202) 514-4782
        (Fax) : (202) 616-8460

Attorneys for the Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that I have this 2nd day of June, provided notice of the foregoing **Joint Stipulation of Dismissal** by ECF upon the following:

Anthony Coppolino, Esq.
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Rm. 6102
Washington, D.C. 20530
*Counsel for Defendants*

Floyd Abrams, Esq.
Joel Kurtzberg, Esq.
Donald J. Mulvihill, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005-1702
*Counsel for Jeff Gerth and James Risen*

Charles D. Tobin, Esq.
Holland & Knight LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
*Counsel for Pierre Thomas*

Lee Levine, Esq.
David A. Schulz, Esq.
Seth D. Berlin, Esq.
Levine Sullivan Koch & Schulz
1050 Seventeenth St., N.W., Suite 800
Washington, D.C. 20036
*Counsel for Robert Drogin and H. Josef Hebert*

Kevin T. Baine, Esq.
Kevin Hardy, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901
*Counsel for Walter Pincus*

_____
Betsy A. Miller