# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5468**

**September Term, 2005**

**99cv03380**

Filed On:

Wen Ho Lee,
      Appellee

Walter Pincus, Washington Post Reporter,
      Appellant

      v.

Department of Justice, et al.,
      Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    JUN 1 6 2006

CLERK

## O R D E R

Upon consideration of the stipulation for dismissal of this appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed.  No mandate will issue.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:           *Linda Jones*
           Linda Jones
           Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By:                 Deputy Clerk